```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CLARENCE WOOD,
a/k/a CLARENCE WADE,

                    Petitioner,

           -against-                              08 Civ. 8377(DAB)
                                                  ADOPTION OF REPORT
JAMES CONWAY,                                     AND RECOMMENDATION

                    Respondent.
----------------------------------------X

DEBORAH A. BATTS, United States District Judge.

     This matter is before the Court upon the May 12, 2010 Report

and Recommendation of United States Magistrate Judge James L.

Cott (the "Report"). The Report recommends that Petitioner

Wood's petition for a writ of habeas corpus pursuant 28 U.S.C §

2254 be DISMISSED. (Report at 1, 14.)

     "Within fourteen days after being served with a copy [of a

Magistrate Judge's Report and Recommendation], a party may serve

and file specific written objections to the proposed findings and

recommendations."  Fed. R. Civ. P. 72(b)(2); accord 28 U.S.C. §

636(b)(1)(C).  The district court may adopt those portions of the

report to which no timely objection has been made, so long as

there is no clear error on the face of the record.  Wilds v.

United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y.

2003).  "[F]ailure to object timely to a magistrate's report

operates as a waiver of any further judicial review of the

magistrate's decision." <u>Caidor v. Onondaga County</u>, 517 F.3d 601, 604 (2d Cir. 2008) (<u>quoting</u> <u>Small v. Sec. of HHS</u>, 892 F.2d 15, 16 (2d Cir. 1989)). This rule applies to <u>pro se</u> parties so long as the magistrate's report "explicitly states that failure to object to the report within [fourteen (14)] days will preclude appellate review..." <u>Small</u>, 892 F.2d at 16.

Despite being advised of the procedure for filing objections in Judge Cott's Report, and warned that failure to file objections would waive objections and preclude appellate review, (Report at 14-15), Petitioner has filed no objections to the Report.

Having reviewed the Report, and finding no clear error on the face of the record, <u>see</u> 28 U.S.C. § 636(b)(1)(B), it is hereby ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge James L. Cott, dated May 12, 2010, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety.

Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; <u>see</u> <u>United States v. Perez</u>, 129 F.3d 255, 260 (2d Cir. 1997). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. <u>See</u> <u>Coppedge v. United States</u>, 369

2

U.S. 438, 8 L. Ed. 2d 21, 82 S. Ct. 917 (1962).  The Clerk of the

Court is directed to CLOSE the docket in this case.

SO ORDERED.

Dated:    New York, New York

        July  14 , 2011

                                    Deborah A. Batts
                          United States District Judge